COMMONWEALTH of Pennsylvania,
Respondent

v.

Luis Manuel MARTINEZ, Petitioner

No. 400 MAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

### ORDER

PER CURIAM

AND NOW, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

### COMMONWEALTH of Pennsylvania,
Respondent

v.

Olin Jamar HORSEY, Petitioner

No. 387 MAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

### ORDER

PER CURIAM

AND NOW, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

### COMMONWEALTH of Pennsylvania,
Respondent

v.

Edward FEIERSTEIN, Petitioner

No. 363 MAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

### ORDER

PER CURIAM

AND NOW, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.